UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------------x
S & P FINANCIAL ADVISORS

   and

MANSOOR RAHMANI,

                       Plaintiffs,

                                                Index No. _____

       - against -

                                                **COMPLAINT**

KREEYAA, LLC, MANGOOTHA KAURAVLLA, and
SHASHI KAURAVLLA,

                       Defendants.
-------------------------------------------------------------x

TO THE DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

     The complaint of the plaintiffs, S&P Financial Advisors and Mansoor Rahmani, respectfully shows and alleges as follows:

1.    Plaintiff S&P Financial Advisors, (hereafter known as S&P), is a California-registered corporation. S&P's address is 25897 Royston Pass Circle, Aldie, VA 20105. Plaintiff Mansoor Rahmani (hereinafter Rahmani) is the Founder and Managing Director of S&P.

2.    Defendant Kreeyaa LLC, (hereafter known as Kreeyaa), has a principal place of business at 5115 Johnson Drive, Pleasanton, CA 94588. Defendants Mangootha Kauravlla and Shashi Kauravlla are the Owners and Directors of Kreeyaa.

3. Plaintiff Rahmani hired Kreeyaa and Individual Defendants to develop Intellectual Property (hereinafter IP). To protect Plaintiffs' IP, Plaintiffs entered into a Non-Disclosure, Non-Circumvention and Non-Competition Agreement (the "Non-Disclosure Agreement") on August 8, 2014 with Kreeyaa and the Individual Defendants. The terms of the Non-Disclosure Agreement prohibit disclosure of the IP to third-parties.

4. The only person who signed the Non-Disclosure Agreement on behalf of Kreeyaa was Defendant Shashi Kauravlla. However, other workers (third-parties) worked on the project at Kreeyaa, in clear violation of the terms of the Non-Disclosure Agreement.

5. Defendants sent Plaintiffs a proposed Intellectual Property Assignment Agreement (hereinafter IP Agreement) on April 4, 2016, the terms of which purport to transfer all rights to the IP from Kreeyaa to S&P.

6. In order to effectuate a legally valid transfer of the rights to the IP to Plaintiffs, every individual who worked on development of the IP at Kreeyaa would need to sign the IP Agreement. However, to date, Defendant Kauravlla is the only person from Kreeyaa that has signed the IP Agreement.

7. Plaintiff Rahmani has communicated with someone interested in investing money in the IP. However, until the rights to the IP have been legally transferred back to Plaintiffs, Plaintiffs are unable to secure investment in the IP.

8. Plaintiff Rahmani, relying on Defendants to effectuate a legally valid transfer of the IP rights to him once the work was finished, resigned from his position at a bank where he had been earning $150,000 per year to concentrate on the IP project.

9. Over the course of sixty days, beginning on March 3, 2016, Plaintiff Rahmani repeatedly asked Defendant Shashi Kauravlla to provide him with the

agreements necessary to effectuate the transfer of the IP rights signed by everyone who worked on the project on behalf of Kreeyaa.

10. These requests took the form of a certified letter and four e-mails to Defendant Shashi Kauravlla.

11. On May 30, 2016, Defendants having failed to comply with Plaintiff Rahmani's requests described in Paragraphs 9 – 10, the Plaintiffs, through their attorneys, further sent the Defendants a legal notice seeking to have all third-parties who worked on the IP project immediately sign the Non-Disclosure Agreement and IP Agreement or compensation to Plaintiff Rahmani for the losses he incurred in quitting his employment at a bank and in not being able to finalize investment in the IP, failing which a complaint would be filed.

12. Defendants indicated in their response that they were unwilling to cooperate.

13. By reason of the facts and circumstances stated above, Plaintiffs have been damaged by Defendants in the sum of $750,000.

WHEREFORE, plaintiffs demand judgment against defendants in the sum of $750,000, costs and disbursements, together with any other relief the Court finds to be just and proper.

Dated: June 2, 2016

*Angela D. Lipsman*     Pro hac vice (pending)

Brus Chambers LLC
Attorneys for the plaintiffs

1325 Avenue of Americas
New York, New York 10019,
United States of America
202-714-6855

2

## VERIFICATION

Mansoor Rahmani, being duly sworn, deposes and says:

I am a plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

Mansoor Rahmani
Plaintiff

Sworn to before me this

2nd day of June, 2016