UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S & P FINANCIAL ADVISORS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KREEYAA LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-03103-SK<br><br>**ORDER REGARDING PLAINTIFFS' CONSENT**<br><br>Regarding Docket No. 18 |

On July 15, 2016, a form indicating consent to have this matter heard by a magistrate judge was filed on behalf of Mansoor Rahmani, one of the two plaintiffs in this case. (*See* Dkt. 18.) However, there are several problems with the form that was filed. First, the consent form does not include the case caption. Second, it was signed by an attorney who has not submitted a *pro hac vice* application. Third, there is no indication as to whether the other plaintiff in this matter, S & P Financial Advisors, consents to have this matter heard by a magistrate judge. Unless and until all parties file a valid consent form by counsel of record, the undersigned may not make any dispositive rulings in this matter. Plaintiffs are HEREBY DIRECTED to document their consent or request reassignment by no later than **August 4, 2016.**

    **IT IS SO ORDERED**.

Dated: August 1, 2016

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge