UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S & P FINANCIAL ADVISORS, et al.,<br>   Plaintiffs,<br>  v.<br>KREEYAA LLC, et al.,<br>   Defendants. | Case No. 16-cv-03103-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 11 |

  On July 5, 2016, Defendants Kreeyaa, LLC, Shashi Kauravlla and Mangootha Kauravlla (collectively, "Defendants") filed a motion to dismiss and noticed it for a hearing on August 24, 2016. Under Northern District Civil Local Rule 7-3(a), Plaintiffs' response was due by July 19, 2016. To date, Plaintiffs S&P Financial Advisors Mansoor Rahmani (collectively, "Plaintiffs") have not filed an opposition brief. Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case for lack of prosecution or, in the alternative, to grant Defendants' motion as unopposed. Plaintiffs' response to this Order to Show Cause shall be due by no later than August 19, 2016. If Plaintiffs seeks to file untimely an opposition brief, they must submit a request to do so showing good cause for their failure to comply with the deadline required by the Local Rules, and must submit their proposed opposition brief with the request. If Plaintiffs fail to file a response to this Order to Show Cause by August 19, 2016, the Court shall dismiss this case without prejudice without further notice to Plaintiffs.

///
///
///
///
///

1   Finally, if Plaintiffs seek to file an untimely opposition brief, and if the Court grants that
2 request, it shall set a new deadline for Defendants to file a reply brief.  The hearing set for August
3 24, 2016 is VACATED, and may be reset by further Order from this Court.
4   **IT IS SO ORDERED**.
5 Dated: August 15, 2016


SALLIE KIM
United States Magistrate Judge