UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S & P FINANCIAL ADVISORS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KREEYAA LLC, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-03103-SK<br><br>**ORDER REGARDING SECOND ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 28, 32 |

On August 18, 2016, the Court issued a Second Order to Show Cause ("Second OSC") to Plaintiffs S&P Financial Advisors and Mansoor Rahmani (collectively, "Plaintiffs"). The Court noted that Plaintiffs filed an amended complaint without seeking leave of Court, as required, and without showing good cause for their failure to comply with the Local Rules. Furthermore, the Court noted that Plaintiffs failed to file a response to the pending motion for sanctions. The Court directed Plaintiffs to show good cause for their failure to timely file their amended complaint *and* their failure to seek leave of Court. In addition, to the extent Plaintiffs intended to file untimely an opposition brief to the motion for sanctions, the Court directed Plaintiffs to submit a request to do so showing good cause for their failure to comply with the deadline required by the Local Rules, and to submit their proposed opposition brief with the request.

On August 24, 2016, Plaintiffs' counsel filed a declaration stating why the amended complaint was not filed until August 18, 2016. However, the declaration does not address why Plaintiffs did not seek leave of Court to file the amended complaint. Nor do Plaintiffs address the

///

///

///

///

1  pending motion for sanctions and their failure to oppose it.  The Court HEREBY ORDERS

2  Plaintiffs to appear to address the Second OSC at 1:30 p.m. on August 31, 2016.

3  **IT IS SO ORDERED**.

4  Dated: August 26, 2016



SALLIE KIM
United States Magistrate Judge